kowitz, Edelman & Dicker, L.L.P., Houston, TX, for Defendants–Appellees.

Before WIENER, DENNIS, and SOUTHWICK, Circuit Judges.

WIENER, Circuit Judge.

Plaintiff-Appellant, James Brooks, a non-lawyer proceeding *pro se*, filed this False Claims Act suit against Defendants-Appellees, in his capacity of relator for the United States. The United States declined to intervene as a "party," leaving it as "a real party in interest."

The district court dismissed this action without prejudice after giving Brooks, a federal prisoner, time to obtain representation by a duly licensed and qualified attorney to prosecute this case. The court did so because, even though Brooks could represent himself *pro se*, he could not do so for the benefit of the United States, a non-party for whom he is merely the relator.

Brooks asserts on appeal, as he did in the district court, that he is entitled to bring this *qui tam* action as relator of the United States and to do so *pro se*, just as he could any other action on his own behalf. Brooks relies primarily on *U.S. ex rel. Eisenstein v. New York*, 556 U.S. 298 (2009).

We have carefully considered the positions of the parties as set forth in their appellate briefs and their record excerpts, including the district court's orders of October 6 and November 14, 2016, and January 6, 2017, and we are convinced beyond cavil that the district court got it right. As this is a matter of first impression in this court, we echo the holding of the district court that, regardless of the right of anyone to represent himself *pro se*, he is not representing himself when he brings an action solely as relator for another non-intervening party, including the United

States, and therefore cannot do so *pro se*. The January 6, 2017 Order of the district court dismissing this action for failure properly to prosecute it and to comply with the orders of that court—principally its order to obtain representation by a licensed attorney authorized to represent the United States as a true party in interest in this lawsuit—is, in all respects,

AFFIRMED.

Jesus C. HERNANDEZ, Individually and as the surviving father of Sergio Adrian Hernandez Guereca, and as Successor-in-Interest to the Estate of Sergio Adrian Hernandez Guereca; Maria Guadalupe Guereca Bentacour, Individually and as the surviving mother of Sergio Adrian Hernandez Guereca, and as Successor-in-Interest to the Estate of Sergio Adrian Hernandez, Plaintiffs–Appellants

v.

Jesus MESA, Jr., Defendant–Appellee

No. 12-50217

United States Court of Appeals, Fifth Circuit.

FILED July 26, 2017

Robert C. Hilliard, Esq., Rudy O. Gonzales, Jr., Marion M. Reilly, Hilliard Munoz Gonzales, L.L.P., Corpus Christi, TX, Cristobal Miguel Galindo, Attorney, Houston, TX, Steve D. Shadowen, Esq., Hilliard Shadowen, L.L.P., Austin, TX, for Plaintiffs-Appellants.

Katherine Twomey Allen, Helen Louise Gilbert, Esq., Henry Charles Whitaker, U.S. Department of Justice, Civil Division, Appellate Section, Washington, DC, Harold Edwin Brown, Jr., Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, Zachary Carl Richter, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, Austin, TX, Randolph Joseph Ortega, Esq., Ellis & Ortega, Louis Elias Lopez, Jr., Esq., Law Office of Louis E. Lopez, El Paso, TX, for Defendants-Appellees.

Esha Bhandari, American Civil Liberties Union Foundation of New York, Lee P. Gelernt, Esq., American Civil Liberties Union Foundation, Immigrants' Rights Project, New York, NY, Alexandra Freedman Smith, American Civil Liberties Union of New Mexico, Albuquerque, NM, Cecillia D. Wang, American Civil Liberties Union Foundation, Immigrants' Rights Project, San Francisco, CA, for Amici Curiae American Civil Liberties Union Foundation, American Civil Liberties Union Foundation of Arizona, American Civil Liberties Union Foundation of New Mexico, American Civil Liberties Union Foundation of Texas, American Civil Liberties Union Foundation of San Diego & Imperial Counties.

Nancy Winkelman, Attorney, Schnader, Harrison, Segal & Lewis, L.L.P., Philadelphia, PA, for Amici Curiae Border Network for Human Rights, Paso Del Norte Civil Rights Project, Southern Border Communities Coalition.

Donald Francis Donovan, Esq., Senior Counsel, Carl Jonas Micarelli, Debevoise & Plimpton, L.L.P., New York, NY, for Amicus Curiae Government of the United Mexican States.

Guinevere Elizabeth Moore, Pro se.

Guinevere Elizabeth Moore, Teague, TX, for Amicus Curiae Robert T. Moore.

Before STEWART, Chief Judge, JOLLY, DAVIS, JONES, SMITH, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON and COSTA, Circuit Judges.

BY THE COURT:

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on September 20, 2017. Briefing instructions will follow in a separate court directive.